Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Southern_ District of _Alabama_

_Escambia_ Division

*Been Baptized in Church of Christ, Now Interuniversalism*

Case No.   21-CV-552-JB-MU

_(to be filled in by the Clerk's Office)_

Mohammad Sharifi *(Indigent DeathRow Actual Innocent)*

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Jefferson Dunn, Terry Raybon, et al. See Attached → Pg. 12 of 20

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

FILED DEC 27 '21 AM 8:30 USDC-ALS

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Honorable Federal Judge and Honorable Clerk:
WHY I filed this lawsuit? Because my Habeas Corpus Judge ORDERED and sent me this Form (see ORDER
Case#5:17-CV-1924-AMM, Document 63, Filed 12/09/2020) My Judge DENIED my "Ex-parte Pro-se Motion You
Honorable Judge Anna Manasco MUST Arrest Warden Terry Raybon Cocksucker-Bitch Gangster Thief"
(See Case#5:17-CV-1924-AMM, Document 62)
Note: Forgive My Poor Grammar & Misspellings & Cussing Warden Raybon

20

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mohammad Shariti |
| All other names by which you have been known: | Been Baptized in church of christ, Now Interuniversal Irfan-Halqeh~Mysticism |
| ID Number | Z-709 |
| Current Institution | Holman Correctional Facility cell# L-50 |
| Address | 3700 Holman |
| | Atmore          Alabama          36503 |
| | City          State          Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1 **of 15 (See Attached)** (Pg. 12 of 20)

| | |
|---|---|
| Name | Jefferson Dunn |
| Job or Title *(if known)* | Commissioner of the Ala. Dept. of Corrections |
| Shield Number | NA (Not Available) |
| Employer | Ala. Gov. Kay Ivey employed the Commissioner |
| Address | 301 South Ripley Street |
| | Montgomery          Alabama          36130 |
| | City          State          Zip Code |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2 **of 15 (See Attached)** (Pg. 12 of 20)

| | |
|---|---|
| Name | Terry Raybon |
| Job or Title *(if known)* | Warden III |
| Shield Number | Not Available |
| Employer | Commissioner of Ala. D.O.C. employed the Warden for Holman. |
| Address | Holman Correctional Facility, 3700 Holman, |
| | Atmore          Alabama          36503 |
| | City          State          Zip Code |

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. **6** of 15 (See Attached) (Pg. 12 of 22)

Name — Deveron Brown

Job or Title *(if known)* — Lt.

Shield Number — Not Available

Employer — Warden of Holman Correctional Facility Employed her.

Address — Holman Correctional Facility, 3700 Holman,

Atmore      Alabama 36503
*City*     *State*     *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. **10** of 15 (See Attached) (Pg. 12 of 22)

Name — Christopher Earl

Job or Title *(if known)* — Correctional Officer Demoted from Lt. rank due to his violations

Shield Number — Not Available

Employer — Warden of Holman Prison employed him

Address — Holman Correctional Facility, 3700 Holman,

Atmore      Alabama 36503
*City*     *State*     *Zip Code*

☒ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim) → Not 100% sure Commissioner & Wardens are both Federal & State officials — because I'm Foreign-Prisoner, Actual Innocent Iranian National on Death Row — have Foreign Prisoners Right

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please See Pages 13 to 20 (explained in details)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

*please see pages 13 to 20 (explained in details)*

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*please see pages 13 to 20 (explained in details)*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☒    Other *(explain)*    *Iranian National, Foreign prisoner, Actual Innocent On Death Row Suffering for 22-yrs for crimes of Someone Else — hoping Exoneration via 43 Alibi's + plus 4 New Evidences*

## IV.    Statement of Claim
*↳ See Pg. 16 of 20*

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Not Applicable*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*please see pages 13 to 20 (explained in details)*

*See Esp. Page 16 of 20*

C.   What date and approximate time did the events giving rise to your claim(s) occur?

*please see pages 13 to 20*

D.   What are the facts underlying your claim(s)?   *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

*please see pages 13 to 20*

V.   **Injuries**
     *See Pg. 17 of 20*

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*please see pages 13 to 20*
*Esp. See Pg. 17 of 20*

VI.   **Relief**
      *See Pages 18-20*

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

*Please See pages 18, 19, 20  of 20*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No — grievance form/procedure exists; Yet, both *VERBALLY* and *WRITTEN* on request forms to shift commanders + Capt. + Wardens million times Verbally, hundred's requesy forms

Been Ignored   Been threw away

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No — grievance procedure exists fin Holman Death Row

☐ Do not know

If yes, which claim(s)?

*Not Applicable*

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes  *VERBALLY)* million times + |Written Request Forms| hundred times — N° Results.

☒ No — grievance procedure exists — in Holman Correctional Facility; yet,

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Not Applicable

2.    What did you claim in your grievance?

Not Applicable

3.    What was the result, if any?

Not Applicable

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Not Applicable

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

    1.      If there are any reasons why you did not file a grievance, state them here:

        *Not Applicable*

    2.      If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        *please see pages 13 to 20 of 20*

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

        *please see pages 13 to 20 of 20*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits



The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes  } *Not Available*

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

    *Not Available*

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes    } *Not Available*

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)    *Not Available*

Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

*Not Available*

3.   Docket or index number

*Not Available*

4.   Name of Judge assigned to your case

*Not Available*

5.   Approximate date of filing lawsuit

*Not Available*

6.   Is the case still pending?

☐ Yes    } *Not Available*

☐ No

If no, give the approximate date of disposition.    *Not Available*

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*Not Available*

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes  } Not Available
☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)        Not Available
     Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

                              Not Available

3.   Docket or index number
                              Not Available

4.   Name of Judge assigned to your case
                              Not Available

5.   Approximate date of filing lawsuit
                              Not Available

6.   Is the case still pending?
     ☐ Yes  } Not Available
     ☐ No

     If no, give the approximate date of disposition      Not Available

7.   What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

                              Not Available

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Honorable Federal Judge and Honorable Clerk, PLEASE appoint me a Contingency-Fee Attorney — and/or Pro Bono Attorney for this Lawsuit — under my 5th, and 6th Amendments to the U.S. Constitution.*

### A.    For Parties Without an Attorney

*Because I don't have access to Law Library — hence HOW can I represent in your Court?*

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff         *M. Sharifi*

Printed Name of Plaintiff      *Mohammad Sharifi*

Prison Identification #        *Z - 709*

Prison Address                 *Holman Correctional Facility (Cell# L-50) 3700 Holman*

*Atmore* _____ *Alabama* _____ *36503*
             City                          State         Zip Code

### B.    For Attorneys

Date of signing: _____

Signature of Attorney          _____

Printed Name of Attorney       _____

Bar Number                     _____

Name of Law Firm               _____

Address                        _____

                         City                       State         Zip Code

Telephone Number               _____

E-mail Address                 _____

| Defendants | Title | Address |
|---|---|---|
| D1: Jefferson Dunn | Commissioner of the Ala. Dept. of Corrections | 301 South Ripley Street, Montgomery, AL 36130 |
| D2: Terry Raybon | Warden III | Holman Correctional Facility 3700 Holman, Atmore, AL 36503 |
| D3: Katrina Brown | Assistant Warden I | ⟵ |
| D4: Capt. Wood | Captain | ⟵ |
| D5: Michael Bank | Lt. | ⟵ |
| D6: Deveron Brown | Lt. | ⟵ |
| D7: Curtis Gray | C.O. (Correctional Officer) | ⟵ |
| D8: Terrance McCants | C.O. | ⟵ |
| D9: Antywon Madison | C.O. | ⟵ |
| D10: Christopher Earl | C.O. demoted from Lt. rank due to his violations | ⟵ |
| D11: Philip Brown | C.O. ICS Law Library | ⟵ |
| D12: McMoody | C.O. | ⟵ |
| D13: Mr. Lett | C.O. | ⟵ |
| D14: Capt. McNeil | Captain | ⟵ |
| D15: Jeremy Watson | Sgt. | ⟵ |

THE HOLY GROUND

Constitution of the United States of America: PREAMBLE: "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."

Note 1: Sharif's Due Diligence Under Federal Laws: I wrote twice [notarized] [complaints] to "DIRECTOR INVESTIGATIONS & INTELLIGENCE DIVISION ALABAMA DEPT OF CORRECTIONS PO Box 301501 Montgomery, AL 36130-1501"    But No Response! Hence Complained to my Habeas Corpus Judge

Note 2: In U.S.A. Nationwide 188 Death Row prisoners Legally proven their Actual Innocence Hence Been Set Free. See www.DeathPenaltyInfo.org/innocence

Note 3: In Alabama State, Nine Death Row prisoners been Exonerated & Set Free. [See www.eji.org/Alabama-Exonerated]
My Point? Hoping I'll be the 10th Ala. Death Row Exonerees — based on 43 Alibis + Plus 4 New Evidences

You Honorable Federal Judge & Clerk have _zero_ knowledge of Ala. D.O.C. Administrative Regulations and S.O.P. (Standard Operating Procedures) — (as Not Available Online To Public):

Ala. Death Row LAWS:

Holman Wardens' Due Process Violations: Segregation Board (warden + classification + Mental health Professional) in 2005-2020 never saw me in front of my cell — unlike other Z-1 Single Walk Inmates.

In 2021, after several population inmates Death by Stabbing, plus suicide, plus prison guards' death by stabbings in 2014-2019, plus _constant_ Rapes in population, hence Federal Investigators by Federal Judges order — constantly interviewed about 30 death row of total 170 death row inmates plus 80 population inmates of total 530 population — (170 Death Row + 530 population = =700 Holman Prisoners). My Point? In 2021, Seg Board rarely talked to me in front of my cell unlike other Z-1 Single Walk inmates. Proof of Discrimination.

Damage: Z-1 single walk means 24/7 for YEARS "TORTURE" of Solitary Confinement in Supermax Death Row Prison — Physical Health Damage + Psychological Damage + Mental Damage + Emotional Damage...  (Sad) (Angry)

[ADOC  AR412 "Institutional Law Library"]

Ala. Dept. of Corr.  Administrative Regulations

« III. C. Legal Resources: Items may include, but not limited to, computer, typewriter,

Law books, and supplies. »

Zero law books in ALL Alabama Prisons Statewide → Ten sheet paper, 2 envelops as Legal Kit per Weeks or Month

1 Computer And 1 Typewriter for 170 Holman Death Row Prisoners Practically Impossible To Use

« V. Procedures: B) The institutional law library shall be open (a minimum of twenty (20) hours per week) to provide access for inmates. » Practically Impossible for 170 Death Row Inmates

« C) An inmate in segregation, or otherwise restricted, [= Single walk Death Row Shariff] is not allowed physical access to law library. They must (submit an Inmate Request Slip) to the Law Library Supervisor [= ICS' officer Brown] to receive Legal resources. » But officer Brown sends only few cases per Month to single walk death row inmates.

[The LAW]  « D) 4: Legal resources [= law computer] are delivered to segregation or otherwise restricted inmates [Death Row single walk shariff] AT LEAST three times per week. » → (Not once — a year-access-to-law computer.) Not once a month few cases plus Legal kit = 10 Paper + 2 envelop

« Holman Correctional Facility, Death Row Orientation Policies:

8. LAW LIBRARY: Each Death Row tier [K,L, M=3 Tiers] has certain days assigned to attend the DeathRow Law Library. Inmates cannot be on "single walk" status and cannot attend with an "enemy." If you are on "single walk" and need to work on case law at the Law Library computer... you must submit a written request to the Death Row Captain [D4: Capt. Wood]." But Capt. Wood never responded my written requests for Law Library; worse, his officers— D5: Lt. Bank, D6: Lt. Brown, D7: officer Gray, D8: officer McCants, D9: officer Madison, D10: officer Earl, D11: ICS officer Brown, officer D12: Moody, D13: officer Lett, D14: Capt. McNeil, D15: Sgt. Watson don't respect Capt. Wood's signature approval after several months got in my cell.

ADOC AR434 "Disciplinary Segregation" = meaning = Sharifi DeathRow Single Walk

« J. Operations: (4) Security Procedures: (b) Observation of an inmate in disciplinary seg shall be conducted at least EVERY 30 MINUTES and shall be annotated on the duty post log. » But practically only for Feeding and for Pill-Calls only in 8 hours shift = 1st shift 9 a.m. Pill-call and 10 Lunch, twice in 8 hours; 2nd shift 3 p.m. Pill-call and 4 p.m. dinner; 3rd shift 3 a.m Pill call and 4 a.m. breakfast 8 hours each shift. (Hence, any single walk not taking any medication in 24 hours only 3 Times See officer— Not every 30 minutes for single walk death row.)

« K. Segregation Review: The Institutional Segregation Review Board (Warden + Classification officer + Mental health Nurse) shall review an inmate in accordance with AR 436, Institutional Segregation Review, and ADOC Classification Manual. »

« L. Inmates who demonstrated good behavior while in disciplinary segregation may be given consideration for EARLY RELEASE from segregation, » But for Years had No Disciplinary

« M. Efforts will be made to collect, track, and analyze data related to length of stay, type of disciplinary, and recidivism. » But for Years had No Disciplinary No——Difference

ADOC AR435 "Protective Custody Status"

« II. Policy: It is the policy of the ADOC to ensure the proper security, custody, and control of inmates assigned to protective custody status.

III. Definitions:
A) Enemy Validation Committee: A committee comprised of the Classification Supervisor, Warden, and a security supervisor for the purpose of investigating the validity of potential enemy situations.

≪ IV. Responsibilities:

A) The Warden is responsible for developing the institutional standard operating procedures (S.O.P) as necessary for the implementation of AR435, Protective Custody Status,

C) ADOC employees are responsible for adhering to the provisions of this regulation. ≫

≪ V. Procedures:

A) The Enemy Validation Committee may place an inmate in protective custody status (upon the request of the inmate) when the reason(s) for the request are fully justified. ≫ But I never requested for protective custody; plus I don't have enemy list. Warden refused to reveal my enemy list constantly.

↖ B) The Enemy Validation Committee shall investigate the inmate's request [Not Warden Raybon's own hatred against Sharifi] and circumstances to determine if an enemy situation exists. The inmate [Not racist cruel Warden] shall name or otherwise identify their enemies and state reasons for the problems, if applicable. ≫

↖ E) Inmates In Protective Custody Status: ① shall be afforded the same opportunities as inmates in general population as security permits. ≫ Not 8 Hours Law Computer per week for Death Row Group Walk—vs.—Once-a-year Law Computer for Sharifi. Not 5 hours TV time Daily for Group Walk—vs.—Zero TV-time Per Month for Sharifi.

F) Release From Protective Custody Status: ① An inmate may submit a request to the Enemy Validation Committee for review. The inmate shall provide written explanation as to why the enemy situation no longer exists. ≫ (FACT: I don't have enemy)

≪ [ADOC Classification Manual]

6.2. Death Row Inmates

6.2.6.3. The Classification Specialist will (prepare a memorandum) detailing the reason for placing the inmate in (Z-1 or Protective Custody.) Copies [of the Classification memorandum] will be given to the Shift Commander of the Death Row Unit and (the inmate) provided this does not compromise institutional security. ≫

But Holman officials And Classification Specialist Failed to give me copy of this memorandum detailing the reason I'm in Z-1 Protective Custody.

Pg 14 of 11    IV. Statement of Claim (where, when, by who, why, witnesses)

1st. Incident                    (when)                      (by who)                        (where)
Major Attempt Murder    In 2014, my former friend deathrow Calvin McMillan in Dayroom in Front of

witnesses 30 other death row Inmates plus D5-Lt. Bank, D6-Lt. Brown, D7-Officer Gray, D8-Officer McComts, D9-Officer
Madison, D10-Officer Earl (Sgt.Earl in 2014), D11-Officer Brown ICS, D12-Officer Moody, D13-Officer Left,
                                            (Damages)
D15-Sgt. Watson → Bruised & Bloody face, bruised eyes, neck, chest, back, shoulders — unconscious
                                                                         (why)
for 2 days and 2 nights at Atmore Emergency Room]. Why? Cause? My former Friend McMillan
planned to kill his 2 trial prosecutors And trial judge with help of his outside the prison
friends — hence I tried to be a hero reported to Wardens, McMillan found out and tried
to kill me. Proof of Injuries? See on YouTube two minutes videos: 3 Murder Plans of
Calvin McMillan by Dr.Tim Howard; 3 Murder Plans of Calvin McMillan by Dr. Mohammad Sharifi
These 2 minute short videos show my grafic injuries by a young black death row inmate McMillan,
Hence, I filed $16,000,000 Lawsuit in Brewton Escambia County State Civil Court (Not Federal Court)
Ala. Civil App. Ct., Ala. Sup. Ct. (Don't have case numbers) — Why $16,000,000 Lawsuit? Rejecting
my First Amendment Right to International Phone calls requests for Years + plus + Rejecting
Iranian Officials Farsi Language Letters & my mother's letters in Farsi from Iran in violation of
my First Amendment Right to telephone and to mails; plus - Negligence of Holmom officials
led to Attempt Murder by McMillan in Day Room — in violation of my Rights to 5th, 6th, 8th and
14th Amendments (Due Process + Unusual Punishment on deathrow Supermax Prison protective custody

2nd. Incident
Been Stabbed & Robbed    On 8.16.2016 death row inmate Jeffery Rieber (cell: P-21) during shower time
invaded into my cell: P-27 stabbed me with knife and stole my $35 watch and $100 tobacco —
hence Officer Boudreaux, Officer Mason, Lt. Bolar, D5: Lt. Bank, Officer Moore hospitalized me.
Negligence And Violations: P-Unit was Disciplinary Seg Unit on Death Row — Rieber in
① Supermax Death Row, ② =1 Disciplinary Single-walk — HOW during shower time in front
of officers opened his cell door plus How opened my LOCKED cell door (P-27) as my
name wasn't in shower list? Thru "Officers Negligence" making $50 per hour.

Page 16 of 20

Pg.5 # 11 > V. Injuries [& Damages]

1) Forcefully I'm in Protective Custody For YEARS = 8th Amendment Violation Unusual Punishment

2) ⸴   ⸴   ⸴   ⸴   ⸴ without knowing my enemy list = 6th Amendment Due-Process-Violation

3) Closed chow hole 24/7 for months = 8th Amendment Violation And Discrimination

4) Holman Officials STOLE my $250 TV - Theft - Criminal & Civil Violations + Stole my $400 Tobacco

5) Stole my $35,000 Trial documents my indigent father paid to my 2010 Atty + Expensive Law Books
   no                                                                    + Dictionaries

6) Access-To-Court, Law Library & Legal Assistance - 6th Amendment Due Process Clause Violations:
   denying Access To Law Computer for years - once - a - year For Sheriff;

Damages: Don't have Attorney since Aug/2020 for my Death Row habeas Corpus —
hence losing my physical health + psychological health + Emotional health by Constant
Delays in State & Federal Courts proceedings. Meaning getting TOO OLD physically +
Alzheimer Mentally + Chronic Depression + Chronic Anxiety + worsen my post-war (Iran
& Iraq war in 1980s (8-yrs war)) PTSD ... Actual Innocent on Death Row For Crimes
of Someone Else — suffering for 22 years — is Unusual Punishment 8th Amendment Violation.

7) Jeffery Rieber's stabbing & Robbery — on 8.16.2016 — Personal Safety — Protection From
Inmate Assault — ... Damage: my left arm scared of his knife stabbing forever; plus
stole my $35 watch + $100 tobacco from my cell: P-27. Why? Causes? Safety Violation
And Security Violation And Negligence of Officers.

8) Calvin McMillan's Attempt Murder - in 2014 — personal Safety — Protection from Inmate
Assault — ... Damage: my face & head has permanent scars — after 2 days unconscious
in Atmore ER ...

9) Holman Officers Denied All my Farsi Language Mails from Iranian Officials & My Mother
in Iran, plus Denied my International Phone Calls with my own money (Not Ala. D.O.C.
Money) — in Violation of my First Amendment rights. (Hence had no choice but to buy
cellphones hence confiscated by prison guards million times.)

(phone) {King v. Frank, 328 F.Supp.2d 940, 945 (W.D.Wis. 2004) ("Inmates have a First Amendment
right to communicate with nonprisoners over the telephone.... In addition, denying access
to the telephone may violate an inmate's (right to counsel) and right of intimate association")

(mail) {« Prisoners have a First Amendment right to communicate by mail, 64 and non prisoners
also have a First Amendment right to correspond with prisoners. 65 »
64 Davis v. Goord, 320 F.3d 346, 351 (2d Cir. 2003)
65 Procunier V. Martinez, 416 U.S. 396, 408-09, 94 S.Ct. 1800 (1974)

10) Change my Z-1 single walk to Z-2 Group walk — million times verbally & written
         please
requests to ALL officers and Wardens but No Results. (I HATE Single Walk.)

11) See Exhibit A: Inmate Request Slip, Warden Raybon's signature (TR) on 8/3/2021 Denied my
lawful Urgent requests.

Pg. 5 of 11. **VI. Relief**

R1 —ALL Holman Correctional Facility Defendants (D2. Warden Raybon, D3, D4, ... D15. Sgt. Watson) Gangster Thieves get fired from Ala. D.O.C. permanently barred to work for Ala. D.O.C.

R2—D2-Warden Raybon Thief Gangster been Arrested for criminal thieft and abuse of his power in civil court & criminal court.

R3 — Put me in Group walk = changing my Z-1 Single Walk Protective Custody to Z-2 Group walk. Why? Because I don't have enemy, nor enemy list, except Warden Raybon's HATRED against me, Note: Many death row inmates BLOODY fights—after few months both attackers and the injured BOTH back in group walk living in PEACE with each other— Why not me? Proof? "Time changes Hatred & Anger among Death Row convicts and All mankind," plus "Getting OLDER = means Getting wiser among prisoners," plus "Balancing single walk punitive punishments extremely overweigh the Group Walk Privileges—playing basketball, volleyball, chess, checkers, Social Conducts to other death row fellows, talking, and going to Church. Note: Single Walk death row inmates BARRED to go to law library, Church, TV Room, play Basketball, Volleyball, Chess, ... social conducts with other inmates, ... Single walk means 24/7 solitary confinement for Months for Most, or for YEARS for few including Sharifi Losing All above Basic Human Needs of social Animals We are as Humans.

R4—Open my chowhole open permanently exact like 164 other death row inmates' (165 death Row = 140 Group Walk + 25 Single Walk) (Only 3 single walk chowhole is Locked permanently per warden—is Hurting me, is Discrimination & Cruelty)

R5— Good News & Bad News for Holman Officials: Good News —I permanently Give up cellphone on death row—too much troubles, too many shakedowns & pepper-sprays hence No cellphone anymore. However, Bad News for Holman Officials: You MUST respect your own f.cking policy /ADOC AR412 "Institutional law Library" V.D(4): "Legal resources (Law Computer) are delivered to segregation or otherwise restricted inmates (Sharifi) at Least 3 Times per week." Not once-a-year-for sharifi. Otherwise put me in group walk—rather burying me alive in Supermax Death Row cell burying sharifi alive for 24/7 for DECADES —is highly cruel.

R6— All my Farsi mails from Iran got to delievered to me, Not being rejected—under my First Amendment right to Mail

R7 — Allow me International Phone calls— once a month— with my money for International Phone calls —hence will cost Holman officials Zero dollars—under my First Amendment right to Phone

R8—

R8 — Set me FREE Now (2021) via You Civil Lawsuit §1983 Judge And my Federal Habeas §2254 Judge — under my habeas corpus 28 U.S.C. §2254 Federal Judge Anna Manasco — And — under my Civil Lawsuit 42 U.S. C. §1983 — you Honorable Federal Judge — set me FREE — Based on million reasons — my handwritten pro-se 12 Supplements To Rule 32 Postconviction (about 400 pages) — or — Based on Two Fundamental Rights Violations — (Right to Testify) And (Speedy Trial Violation) of 5th And 6th Amendments. Damage: Lost my 43 Alibi's in Los Angeles and Las Vegas; 3 bad cops FRAMED me, planted victims' IDs with zero FBI chain of evidence to support it; planted tampered gun & bullets...

R9 — Money damages: Please Appoint me a Contingency-fee Attorney and/or Pro-bono Attorney for this Lawsuit — under my 5th and 6th Amendments PLEASE.

BEST NEWS FOR YOU (State & Federal Officials):
Minimum $0.00 — to — Maximum $50,000,000 — is negotiable based on following STANDARDS:

Standard 1: You Honorable Federal Judge If your son or daughter in Holman Death Row were Attempted murder by Calvin McMillan — hence whole Day Room were covered with my Blood & Shit — plus whole my face, neck, chest, shoulder BLACK Bruised — hence 2 days unconscious at Armore Emergency Room — If it were YOUR SON or YOUR Daughter due to Ala. Commissioner's Employees Wardens and officers NEGLIGENCE — in supermax Death Row maximum Security, Minimum Safety of Inmates — How much money would you ask for money as — money-damage for violation of Your Child's Physical Safety, mental and Emotional and psychological pains & sufferings of your child — How Much Money? As you see I'm 100% FAIR & Reasonable & OPEN-MINDED — It's your Discernment — is accepted for me (Actual Innocent on Death Row for crimes of Someone Else, Iranian War Hero Veteran, ex-military Sergeant Civil Engineer, had applied for 2 PhDs — PhD of Civil Engineering and PhD of Math at Univ. of Ala. in Huntsville in Aug/1999). (In simple words — Put yourself in my shoes, put your child in my shoes — Then ask for $0.00 to $50,000,000 Negotiable).

Standard 2: On 8-16-2016 — I got stabbed & Robbed by Jeffery Rieber in Supermax Death Row in front of Holman officers — due to officers negligence — unlocked my cell door and invaded into my cell with knife in his hand — Security Violation plus my Safety violation — stabbed my left arm — How much money

between $0.00 to $50,000,000 the Commissioner & Wardens & Holman Death Row Officers owe — If It was Your Son or Your Daughter in cell: P-27? Your Discernment is accepted for me as well.

Standard 3: If your Son or your Daughter were mistakenly arrested in Los Angeles for crimes of Someone Else, with 43 Alibis in Los Angeles & Las Vegas, plus 4 New Evidence Establishing my actual Innocence (①back injury Medical Docs, ②Heart problem Docs, ③ William Tobin with 45 years prestigious FBI & CIA Labs as ballistic & Metal Expert Documented the gun wasn't murder weapon in my Favor, ④ Huntsville Ala. Double Murder Crime Scene Apartment Phone history "Incoming call history" establishing my exact locations in Las Vegas & Los Angeles 4000 miles far distance talked to both victims every other days - 10-to-20 minutes; No Answering Machine existed.)

If your Son or your daughter were in my situation, How much money between $0.00 to $50,000,000 you request? Otherwise SET-ME-FREE NOW (2021)

Proof of my open-mindedness:

Money Range  $0.00 — to — $50,000,000 — to — FREEDOM (Billion Dollar Valued)
                    minimum          average                    maximum

Respectfully,

M. Sharifi

## INMATE REQUEST SLIP

AUG 03 2021

Name _Mohamad Shariﬁ_   Quarters _L-35_   Date _____

AIS # _Z-709_

( ) Telephone Call          ( ) Custody change          ( ) Personal Problem

( ) Special Visit          ( ) Time Sheet          ( ) Other _____

_Please Give My 3 URGENT Requests To Warden Raybon &_
_Warden Brown_

Briefly Outline Your Request – Then Drop In Mail Box

_Honorable Holman Officials (C.O., Sgt., Lt., Capt., Wardens):_
_please call by phone to Warden Raybon & Warden Brown for_
_3 URGENTS: 1) My $35,000 Trial Transcript Documents—Warden_
_Brown And JCS officer B. own both confirmed "36 Inch = 3 feet"_
_maximum Legal Documents in my cell allowed by ADOC Admin.Reg._
_policies. 2) For 3 days My Tray Hole Locked—No Access to Ice,_
_Hot water, Microwave— PLEASE HELP Your staff & whole Death_
_Row Inmates pissed off of my CRYING by Kicking the Cell Door for_
_2 month for my lawful property. 3) To Stop My Crying noise of_

Do Not Write Below This Line – For Reply Only _Kicking My cell Door Permanently_
_Put me in Group Walk Z-2 Classification_

_Sincerely,_
_M. Shariﬁ_

(TR) 8/3/21

Approved          ~~Denied~~          Pay Phone          Collect Call

Request Directed to: (Check One)

(X) Warden          ( ) Deputy Warden          ( ) Captain

( ) Classification Supervisor          ( ) Legal Officer – Notary Public          ( ) Record Office

N176

_As You See Warden Raybon's Signature (TR)_
_on 8/3/2021 Denied my lawful requests_

_Exhibit A_

Urgent Leg.



02 1P
0000934697
\$ 001.96⁰
DEC 22 2021
MAILED FROM ZIP CODE 36502

*From*: Mohammad Sharifi
       (Z-709) L-50
       Holman Correctional Facility
       3700 Holman
       Atmore, AL 36503

This correspondence is forwarded from an Alabama
State Prison. The contents have not been evaluated,
and the Alabama Department of Corrections is not
responsible for the substance or content of the
enclosed communication.

*TO*: Southern District of Alabama
      U.S. District Court
      113 St. Joseph Street
      Mobile, AL 36602
      www.alsd.uscourts.gov

Urgent Legal Mail