IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MOHAMMAD SHARIFI, Z-709, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. A. NO. 21-00552-JB-MU |
| ) | |
| JEFFERSON DUNN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Mohammad Sharifi's action is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 2nd day of April, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE